IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 09-CR-60 |
| | ) |
| JAMES E. BOE, | ) |
| | ) |
| Defendant. | ) |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses the indictment returned against defendant James Boe on April 22, 2009. This dismissal is based on defendant Boe's plea, conviction, and sentencing on the superseding indictment.

Respectfully submitted this 7th day of April, 2010.

STEPHEN P. SINNOTT
United States Attorney

By:
/s/
*JOHN W. VAUDREUIL*
*Assistant U. S. Attorney*
*Chief of Criminal Division*

Leave of court is granted for the filing of the foregoing dismissal.

BARBARA B. CRABB
United States District Judge

Dated: April 7, 2010